Donald J. Sullivan, Esq.
Sullivan Law Offices, P.C.
P.O. Box 1854
Cheyenne WY 82003
(307) 634-0112
Attorney for Plaintiffs



FILED
DISTRICT OF WYOMING
CHEYENNE

2002 OCT 31 PM 4:32

CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| ROGER MacDONALD-EVOY and KATHLEEN MacDONALD-EVOY, | )<br>)<br>) |
| Plaintiffs, | ) Civil No. 2001-CV-147-J |
| vs. | )<br>) |
| MARTIN L. TUBACH, M.D. | )<br>) |
| Defendant. | ) |

## PLAINTIFFS' NUMERICAL IDENTIFICATION OF EXHIBITS

Plaintiffs, by counsel, advise the Court that they will introduce their exhibits using the following numerical system:

1. Head and Brain model.
2. Sinus model (large)
3. Sinus model (small).
4. Raines stent.
5. 55 degree bur.
6. 4mm blade.
7. Chart of medical expenses and payments.
8. Anatomical chart - nose and sinuses.
9. Animation - FESS procedure
10. Animation - FESS procedure as performed.
11. Animation - Raines stent placement.
12. Animation - Raines stent placement as performed.
13. Animation - surgical instruments.
14. Animation - anatomy.

15. Chart - craniotomy (external).
16. Chart - craniotomy (internal).
17. Chart - status post craniotomy.
18. Chart - normal CT Scan - 6/1/99.
19. Chart - CT Scan 6/1/99 and 5/02.
20. Chart - FESS procedure - proper and as performed.
21. Chart - Stent placement - proper and as performed.
22. Chart - nasal sinus surgery - frontal view.
23. Chart - CT Scan 8/18/99 - hematoma.
24. Chart - (3) CT Scan 8/18/99 - stent.
25. Chart - (3) CT Scan 8/19, 20, 22/99 - hematoma.
26. Chart - (1) CT Scan 9/27/99 - Stent.
27. Chart - (3) CT Scan 10/22 and 11/5/99 - encephalomalacia.
28 A-Z – Dr. Pacey economic report, tables and data.
29 A-Z – William Hartwick Report, tables and data.
30. Videotape - "Frontal Lobes."
31. Videotape - "Brain Injury - Phineas Gage."
32. Dr. Pflanz MEB report 9/7/02 (3 pages).
33 - 38. Radiology films (CT Scans and MRI's, Cheyenne and Phoenix)
39. Radiology studies (CT Scan/MRI, Fort Collins 2002 - computerized).
40 - 60. Medical records of patient.
61 - 90. Blowups/enlargements of pages from medical records.

ROGER MacDONALD-EVOY and
KATHLEEN MacDONALD-EVOY,
Plaintiffs, by:

Donald J. Sullivan, Esq.
Sullivan Law Offices, P.C.
P.O. Box 1854
Cheyenne WY 82003
(307) 634-0112
Attorney for Plaintiffs

Plaintiffs' Numerical Identification of Exhibits
Page three

## CERTIFICATE OF SERVICE

I certify that on October 31, 2002, I caused a true copy of the foregoing PLAINTIFFS' NUMERICAL IDENTIFICATION OF EXHIBITS to be served by delivery upon defense counsel of record, in conformity with the Federal Rules of Civil Procedure, addressed as follows: J. Kent Rutledge, Esq., Lathrop & Rutledge, P.C., 1920 Thomes, Suite 500, Cheyenne WY 82001.

_____
Donald J. Sullivan, Esq.