

FILED
DISTRICT OF WYOMING
CHEYENNE

2002 OCT 31 PM 12: 05

CLERK
U.S. DISTRICT COURT

J. Kent Rutledge
James C. Kaste
LATHROP & RUTLEDGE, P.C.
1920 Thomes Avenue, Suite 500
P.O. Box 4068
Cheyenne, WY 82003
(307) 632-0554
(307) 635-4502 Fax
ATTORNEYS FOR DEFENDANT TUBACH

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| ROGER MacDONALD-EVOY and KATHLEEN MacDONALD-EVOY, </br></br>Plaintiffs, </br></br>vs. </br></br>MARTIN L. TUBACH, M.D. </br></br>Defendant. | Civil No. 2001-CV-147-J |

### DEFENDANT'S LIST OF ALL PREVIOUSLY AUTHORIZED EXHIBITS

COMES NOW Defendant, Martin L. Tubach, M.D., by and through his attorneys, Lathrop & Rutledge, P.C., and hereby provides the Court and Counsel with his list of all previously authorized exhibits. A copy of Defendant's Exhibit List is attached hereto. All exhibits with the exception of Dr. McIntosh's records were provided to Plaintiffs' counsel at the final pretrial conference, and no objection or request for authentication has been made regarding these exhibits.

DATED this 31st day of October, 2002.

MARTIN L. TUBACH, M.D.,
Defendant

By: /s/ James Kaste
J. Kent Rutledge
James C. Kaste
Lathrop & Rutledge, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82003
ATTORNEYS FOR DEFENDANT TUBACH

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the above and foregoing upon Plaintiff on this 31st day of October, 2002, by mailing a true and complete copy to the following attorneys of record:

Don Sullivan, Esq.
Sullivan Law Offices
P.O. Box 1854
Cheyenne, WY 82003

/s/ James Kaste

# DEFENDANT'S EXHIBIT LIST

*Roger MacDonald-Evoy and Kathleen MacDonald-Evoy v. Martin L. Tubach, M.D.*
*Docket No. 2001-CV-147-J, United States District Court, District of Wyoming*

| Joint Exhibit No. | Witness | Description | Stipulation | Offered | Received | Refused | Reserved | Comments |
|---|---|---|---|---|---|---|---|---|
| | | **Medical Records** | | | | | | |
| A | | United Medical Center Chart | | | | | | |
| B | | United Medical Center Home Care Services Chart | | | | | | |
| C | | Thomas L. Bennett, Ph.D. Chart | | | | | | |
| D | | Gerald McIntosh, M.D. Chart | | | | | | |
| E | | Martin Tubach, M.D. Chart | | | | | | |
| F | | John H. Babson, M.D. Chart | | | | | | |
| G | | George J. Guidry, M.D. Chart | | | | | | |
| H | | Michael Martin, M.D. Chart | | | | | | |
| I | | Fleming Associates | | | | | | |
| J | | Robert A. Kooken, Ph.D. Chart | | | | | | |
| K | | Steven E. Pflanz, M.D. Chart | | | | | | |
| L | | Arizona Otolaryngology Chart | | | | | | |
| M | | Andrew Shetter, M.D. Chart | | | | | | |
| N | | St. Joseph's Hospital and Medical Center Chart | | | | | | |
| O | | Veterans Affairs Medical Center Chart | | | | | | |

| Joint Exhibit No. | Witness | Description | Stipulation | Offered | Received | Refused | Reserved | Comments |
|---|---|---|---|---|---|---|---|---|
| P | | USAF Academy Chart | | | | | | |
| Q | | FE Warren AFB Chart | | | | | | |
| R | | FE Warren AFB Radiology Reports | | | | | | |
| | | **Employment Records** | | | | | | |
| S | | Wyoming National Guard employment records for Roger MacDonald-Evoy | | | | | | |
| T | | TAG employment records for Robert MacDonald-Evoy | | | | | | |
| | | **Day Planners** | | | | | | |
| U | | 2000 Day Planner of Roger MacDonald-Evoy | | | | | | |
| V | | 2001 Day Planner of Roger MacDonald-Evoy | | | | | | |
| W | | 2002 Day Planner of Roger MacDonald-Evoy | | | | | | |
| | | Reserved | | | | | | |
| | | Reserved | | | | | | |
| | | Reserved | | | | | | |
| | | Reserved | | | | | | |
| | | Reserved | | | | | | |
| | | Reserved | | | | | | |