# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| ROGER MacDONALD-EVOY and KATHLEEN MacDONALD-EVOY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Civil No. 2001-CV-147-J |
| MARTIN L. TUBACH, M.D. | )<br>)<br>) |
| Defendant. | ) |

## ORDER DISMISSING ACTION WITH PREJUDICE

THIS MATTER comes before this Court upon the Stipulation of Plaintiffs, Roger MacDonald-Evoy and Kathleen MacDonald-Evoy, and Defendant, Martin L. Tubach, M.D., by and through their respective attorneys of record, that the claims asserted herein by Plaintiffs against Defendant have been settled and compromised, and that the above-captioned civil action should be dismissed with prejudice pursuant to Rule 41(a)(1), FRCP, each party to bear their/his own costs. Good cause appearing, it is

ORDERED that the above-captioned action by Plaintiffs Roger MacDonald-Evoy and Kathleen MacDonald-Evoy, against Defendant, Martin L. Tubach, M.D., is hereby dismissed with prejudice, each party to bear their/his own costs.

100

DATED this 18th day of November, 2002.

_____
UNITED STATES DISTRICT JUDGE

ENTERED
ON THE DOCKET
November 19, 2002
(Date)
Betty A. Griessl Clerk
by Johnna Chock
Deputy Clerk